**E-FILED on** 7/27/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMEEL DOUGLAS a minor by and through his Guardian Ad Litem DONETTE DOUGLAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO and BRAD KILPATRICK<br><br>Defendants. | No. C-05-01230 RMW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff has requested that the court continue the case management conference in this matter, currently scheduled for July 29, 2005, because plaintiff only served defendant City of Palo Alto on July 25, 2005 and, as of the time of her request, had not yet served defendant Brad Kilpatrick. Accordingly, the court continues the case management conference to October 14, 2005 at 10:30.

DATED: 7/27/05                          /s/ Ronald M. Whyte
                                        RONALD M. WHYTE
                                        United States District Judge

ORDER CONTINUING CASE MANAGEMENT CONFERENCE — C-05-01230 RMW
MAG

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff(s):**

3 | Anthony Boskovich      policemisconduct@compuserve.com
Andrew F. Pierce      andrew@pierceshearer.com

5 | **Counsel for Defendant(s):**

6 | No appearance

8 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11 | **Dated:**    7/27/05               /s/ MAG
                                            **Chambers of Judge Whyte**