Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/6/06*

JAMEEL DOUGLAS, a minor by and through his Guardian Ad Litem, DONETTE DOUGLAS,
       *Plaintiffs*,
v.

CITY OF PALO ALTO, a government entity, BRAD KILPATRICK, an individual, and DOES 1-10, inclusive,
       *Defendants*.

No. C 05-01230 RMW HRL

**STIPULATION TO CONTINUE TRIAL**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

 1. Expert disclosure must be completed by September 11, 2006.

 2. All non-expert/fact discovery must be completed by October 13, 2006.

 3. The final hearing date for any and all dispositive motions will be held on November 17, 2006 at 9:00 a.m.

 3. The last day to file trial documents will be December 15, 2006.

 4. A pre-trial conference will be conducted on December 21, 2006.

14

1   7. Trial shall commence on January ~~XX~~ 16, 2007

Plaintiff's counsel is taking his son to college on the east coast during the month of August and Defendants' counsel is leaving the firm at the end of February so the matter will be handed to a new attorney. Additionally, Plaintiff's counsel is scheduled for a two trials from October 2, 2006 - October 17, 2006 in the matters of Campanella v. County of Santa Clara, US District Court case numbers 04-04906 RS and 05-01945 RS and a jury trial in the matter Liberal v. County of Lassen, US District Court case number 05-01945 RS in Sacramento from October 26, 2006 through October 31, 2006.

Dated: 6 March 2006

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
ANTHONY BOSKOVICH,
Attorney for Plaintiff Jameel Douglas

Dated:

**FERGUSON, PRAET & SHERMAN**

By:_____
Steven Sherman,
Attorney for City Defendants

**It is so ordered:**

Dated:   4/5/06

_/s/ Ronald M. Whyte_
The Honorable Ronald M. Whyte
Judge of the United States District court

7. Trial shall commence on January 15, 2007.

Plaintiff's counsel is taking his son to college on the east coast during the month of August and Defendants' counsel is leaving the firm at the end of February, so the matter will be handed to a new attorney. Additionally, Plaintiff's counsel is scheduled for a court trial from October 2, 2006 - October 17, 2006 in the matter of Campanella v. County of Santa Clara, US District Court case number s04-04365 RS and 05-01948 RS and a jury trial in the matter Liberal v. County of Lassen, US District Court case number 03-01945 RS in Sacramento from October 25, 2006 through October 31, 2006.

Dated:

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
ANTHONY BOSKOVICH
Attorney for Plaintiff Lionel Douglas

FERGUSON, PRAET & SHERMAN

By: _____
Steven Sherman, et al.
Attorney for City of Los Gatos, et al.

Dated:

It is so ordered:

Dated:

_____
The Honorable Ronald M. White
Judge of the United States District Court