1 Erik L. Lund, Esq.  Bar No. 212835
**FERGUSON, PRAET & SHERMAN**
2 A Professional Corporation
1631 East 18th Street
3 Santa Ana, California  92705-7101
(714) 953-5300
4 (714) 953-1143 FAX
Elund@law4cops.com
5

6 Attorneys for Defendants City of Palo Alto and Officer Brad Kilpatrick

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 *E-FILED - 5/18/06*

11 JAMEEL DOUGLAS, a minor, by and ) NO. C05-01230 RMW HRL
through his Guardian Ad Litem, )
12 DONETTE DOUGLAS, ) **STIPULATION &**
) **ORDER OF**
13 Plaintiffs, ) **DISMISSAL WITH**
) **PREJUDICE [FED. R. CIV. P.**
14 vs. ) **41(A)]**
)
15 CITY OF PALO ALTO, a government )
entity, BRAD KILPATRICK, an )
16 individual, and DOES 1-10, inclusive, )
)
17 Defendants. )
)

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

_____

## STIPULATION

1. Plaintiff Jameel Douglas, through his guardian ad litem, Donette Douglas and all Defendants (The City of Palo Alto and Brad Kilpatrick) hereby jointly request and stipulate under Fed. R. Civ. P. 41(a) that this case be dismissed with prejudice.

2. Each side is to bear its own costs and attorneys' fees. All parties waive any and all claims for costs and/or fees that they might possess against any other party.

IT IS SO STIPULATED:

DATED: April 18, 2006           FERGUSON, PRAET & SHERMAN
                                A Professional Corporation

                                 /s/ErikL. Lund
                                Erik L. Lund,
                                Attorneys for Defendants

DATED: April 18, 2006           LAW OFFICES OF ANTHONY BOSKOVICH

                                 /s/Anthony M. Boskovich
                                Anthony M. Boskovich, Esq.
                                Attorney for Plaintiff

## ORDER

This case, No. C05-01230 RMW HRL, is dismissed with prejudice. Each side is to bear its own costs and attorneys' fees.

**IT SO ORDERED,**

DATED: 5/18/06

                                 /s/ Ronald M. Whyte
                                Hon. Ronald M. Whyte
                                United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On April 18, 2006, I served the foregoing **STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(A)]** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Tony Boskvick, Esq.
28 N. 1st Street
San Jose, CA 95113

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2006, at Santa Ana, California.

        /s/Cathy Sherman
        Cathy Sherman